UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GEORGE ANTHONY GUTIERREZ,

                        **Plaintiff,**

               v.                                   9:10-CV-488
                                                        (FJS/RFT)

DEBORAH G. SHULT, Warden, FCI Raybrook;
KEVIN HAYES, Counselor, FCI Raybrook; and
JOHN DOE, Correctional Officer, FCI Raybrook,

                        **Defendants.**
_____

**APPEARANCES**                                  **OF COUNSEL**

**GEORGE A. GUTIERREZ**
43840-080
FCI Petersburg Virginia
P.O. Box 1000
Petersburg, Virginia 23804
Plaintiff *pro se*

**OFFICE OF THE UNITED**            **CHARLES E. ROBERTS, AUSA**
**STATES ATTORNEY**
U.S. Courthouse & Federal Building
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198
Attorneys for Defendants

**SCULLIN, Senior Judge**

## ORDER

       Plaintiff filed this action, pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), on April 26, 2010. *See* Dkt. No. 1. On October 8, 2010, Defendants filed a motion to dismiss for failure to state a claim or, in the alternative, for summary judgment on the ground that Plaintiff had not exhausted his administrative remedies as

the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a) required him to do. *See* Dkt. No. 18-1. On September 21, 2011, Magistrate Judge Treece issued a Report-Recommendation and Order, in which he recommended that the Court grant Defendants' motion and dismiss the complaint. *See* Dkt. No. 25. Plaintiff did not file any objections.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting that review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Treece's September 21, 2011 Report-Recommendation and Order for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Treece's September 21, 2011 Report-Recommendation and Order is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **GRANTED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 24, 2011
        Syracuse, New York

                                        Frederick J. Scullin, Jr.
                                        Senior United States District Court Judge